696 A.2d 12

IN THE MATTER OF MARC J. GORDON,
AN ATTORNEY AT LAW.

July 11, 1997.

## ORDER

The Disciplinary Review Board on May 2, 1997, having filed with the Court its decision concluding that **MARC J. GORDON** of **SPRINGFIELD**, who was admitted to the bar of this State in 1959, and who twice previously has been publicly reprimanded by the Court for gross neglect and failure to communicate with clients, should be suspended from the practice of law for his violations of *RPC* 1.1(a) (gross neglect) and *RPC* 1.4(a) (failure to keep client reasonably informed);

And The Disciplinary Review Board having further concluded that respondent should be required to complete eight hours of professional responsibility courses prior to his reinstatement to the practice of law, and good cause appearing;

It is ORDERED that **MARC J. GORDON** is hereby suspended from practice for a period of three months, effective August 6, 1997, and until the further Order of the Court; and it is further

ORDERED that respondent shall complete eight hours of courses in professional responsibility given by the Institute for Continuing Legal Education prior to reinstatement to the practice of law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.